# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| PRINCE SAYON LENARD SCOTT, AIS #279776 | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 2:19-cv-609-ALB<br>)<br>) |
| WEXFORD HELATH SOURCES, INC., *et al.*, | )<br>)<br>) |
| Defendants. | ) |

## **ORDER**

On February 5, 2020, the Magistrate Judge entered a Recommendation (Doc. 29) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED with prejudice for the plaintiff's failure to comply with an order of this court;

3. Other than the filing fee assessed to the plaintiff in this case, no costs are taxed.

A separate Final Judgment will be entered.

**DONE** and **ORDERED** this 13th day of March 2020.

                                              /s/ Andrew L. Brasher
                                      ANDREW L. BRASHER
                                      UNITED STATES DISTRICT JUDGE